**DENNIS J. CUMMINS, JR., ESQ.**
24-07 Broadway
Fair Lawn, NJ  07410
(201) 797-3415
Attorney for Plaintiff
DJC2638

_____
                                      :   UNITED STATES DISTRICT COURT
 HAROLD KATZ and JUNE KATZ  :   DISTRICT OF NEW JERSEY
                                      :
              Plaintiff       :
vs.                                   :
 BRIAN SOMERMAN             :   Docket No.
                                      :
              Defendant       :        Civil Action
_____:

**COMPLAINT**

　　Plaintiffs Harold Katz and June Katz, residing at 413 Melrose Way, Monroe, Middlesex County, New Jersey, complaining of the Defendant, Brian Somerman, residing at 716 Germantown Pike, Lafayette Hill, Montgomery County, Pennsylvania, say:

　　1.  Jurisdiction of this court is based upon diversity of citizenship in that the Plaintiffs are residents of New Jersey and the Defendant is a resident of Pennsylvania.  The cause of action arose in Middlesex County, New Jersey.  The claim sought is contractual in nature and exceeds the sum of $75,000.00.  See 28 USCA 1332 et seq.

　　2.  On or about May 1998 Katz and Somerman agreed to a written contract wherein Somerman agreed to purchase from Katz a transportation company, Van Go, Inc., a New Jersey corporation operating in New Jersey.

     3.   The parties agreed upon a purchase price of $400,000.00 to be paid over a period of time beginning in May 1998 and continuing until fully paid. The Defendant made payments totaling $255,304.23, leaving a balance of $144,697.77. His last payment was January 2006.

     4.   Despite repeated requests and inducements by the Plaintiffs to the Defendant, the Defendant never made another payment after January 2006.

     WHEREFORE, Plaintiffs demand judgment against the Plaintiff in the amount of $144,697.77 together with interest, costs of suit and counsel fees.

Dated: August 13, 2007        ___/s/ Dennis J. Cummins, Jr.___
                                       DENNIS J. CUMMINS, JR., ESQ.
                                       Attorney for Plaintiffs